**Order entered December 29, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-00064-CR

## LOUIS JAMES BROWN, III, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 296th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 296-83597-2019

## ORDER

Before the Court is appellant's motion for extension of time to file a reply brief. Appellant filed his motion after we informed him that the Court had received but did not file his reply brief because it was untimely and that the Court would not consider it without a motion for extension of time. We GRANT the motion and ORDER the appellant's reply brief filed as of the date of this order.

/s/ KEN MOLBERG
JUSTICE